**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HILLARY M. BURGESS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **NO.   21-cv-1584** |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this __19TH__ day of December, 2022, upon consideration of the Plaintiff's

Request for Review (ECF No. 10), Defendant's response thereto (ECF No. 13), and Plaintiff's

Reply Brief (ECF No. 14), and for the reasons provided in the accompanying Memorandum, IT

IS HEREBY ORDERED that:

1.      The Plaintiff's Request for Review is **GRANTED**;

2.      This matter is **REMANDED** to the Commissioner for further proceedings

consistent with the Court's Memorandum accompanying this Order; and

3.      This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

_____/s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge